# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| REGINALDO COLINO, | ) |
| Petitioner, | ) |
| v. | ) Case No.<br>) 4:19-cv-827-LSC-GMB |
| Warden, ETOWAH COUNTY<br>DETENTION CENTER, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is an action filed pursuant to 28 U.S.C. § 2241 challenging the legality of the petitioner's continued detention by federal immigration authorities pending his removal from the United States. On August 26, 2019, the magistrate judge entered a report recommending the respondents' motion to dismiss be granted and this action dismissed without prejudice as moot. (Doc. 11).

After careful consideration of the record in this case, including the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that the respondents' motion is due to be granted and the petition is due to be dismissed as moot.

A separate order will be entered.

The Clerk is DIRECTED to serve a copy of this Memorandum Opinion and its accompanying Final Judgment on counsel of record.[1]

**DONE** AND **ORDERED** ON SEPTEMBER 18, 2019.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704

---

[1] Documentation submitted by the respondent indicates the petitioner was removed from the United States to Brazil on July 26, 2019. The petitioner has not updated his address with the court, and the respondent's documentation does not indicate a forwarding address. Attempting to serve the petitioner at the Etowah County Detention Center would be superfluous.